BERTHA MAXWELL, JOINED BY HER HUSBAND AND NEXT FRIEND DAVID MAXWELL, *Plaintiff in Error,* v. CITY OF MIAMI, A MUNICIPAL CORPORATION EXISTING UNDER THE LAWS OF FLORIDA, *Defendant in Error.*

Decision Filed February 14, 1924.

This case was decided by Division B.

A Writ of Error to the Circuit Court for Dade County; H. Pierre Branning, Judge.

*A. B.* and *C. C. Small* and *J. H. Swink,* for Plaintiff in Error;

*A. J. Rose* and *J. W. Watson, Jr.,* for Defendant in Error.

PER CURIAM.—The judgment herein is hereby reversed on the authority of David Maxwell v. City of Miami, this day filed.

Reversed.

All concur.